| UNITED STATES BANKRUPTCY COURT | Case No.: 18-23596-shl |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

-------------------------------------------------------------X

IN RE: LORI MASTRANGELO, Debtor.   **STIPULATION**

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between, MICHAEL H. SCHWARTZ, P.C., attorney for the debtor in the Chapter 13 bankruptcy proceeding of LORI MASTRANGELO, debtor and HALLOCK & MALERBA, P.C., attorneys for Ramon Caceres, a plaintiff in a personal injury action, presently pending in the Supreme Court, Bronx County, under Index #: 20852/2018E, that Ramon Caceras seeks relief from the automatic stay pursuant to Bankruptcy Code § 362(a) to permit the prosecution of the personal injury action, but only to the extent of the Debtor's existing insurance coverage insofar as such proceeds are not an asset of the Debtors' estates or otherwise available to the creditor body.

IT IS FURTHER STIPULATED AND AGREED, that the automatic bankruptcy stay is hereby modified to permit Ramon Caceres to continue the prosecution of the personal injury action, now pending in the Supreme Court, Bronx County, under Index #: 20852/2018E, only to the extent of the limits of existing insurance coverage that may be applicable to the personal injury action.

Dated: Deer Park, NY
July 3, 2019

| /s/ Linda Simmons | /s/ Michael Schwartz |
|---|---|
| By: Linda Simmons, Esq. | By: Michael Schwartz, Esq. |
| HALLOCK & MALERBA, P.C. | MICHAEL H. SCHWARTZ, P.C. |
| Attorneys for Plaintiff: RAMON CACERES | Attorney for Debtor |
| 1955 Deer Park Avenue | One Barker Avenue, 2nd Floor |
| Deer Park, New York 11729 | White Plains, NY 10601 |
| 631-482-8888 | (914) 997-0071 |
| Fax: 631-482-8889 | Fax : (914) 997-0536 |
| Email: Linda@hallockmalerba.com | Email: mhs@mhspc.com |

Dated: White Plains, New York

July 30, 2019          /s/ Sean H. Lane_____

United States Bankruptcy Judge